**STATE of Missouri, Respondent,**

v.

**Duane E. MEEKS, Appellant.**

**No. WD 59830.**

Missouri Court of Appeals, Western District.

Aug. 6, 2002.

Andrew Schroeder, Appellate District Defender, Kansas City, for Appellant.

**538**

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Assistant Attorney General, Jefferson City, for Respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, VICTOR HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Duane Meeks appeals his conviction of one count of unlawful use of a weapon, § 571.030.1(4) RSMo 2000, and two counts of assault in the third degree, § 565.070 RSMo 2000. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).